[No. 22647-2-II. Division Two. June 23, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERTA JEAN ELMORE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-04747-5, Grant L. Anderson, J., entered October 22, 1997. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld and Houghton, JJ.

[No. 23693-1-II. Division Two. June 23, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY A. KASPAREK, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 98-1-00073-7, Richard L. Brosey, J., entered August 21, 1998. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Hunt, JJ.

[No. 23753-9-II. Division Two. June 23, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DIANA LYNN SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00080-2, James E. Warme, J., entered August 27, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, A.C.J., and Morgan, J.

[No. 23764-4-II. Division Two. June 23, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT R. DEAN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-1-00136-2, Karen B. Conoley, J., entered August 24, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Morgan, J.